448 A.2d 1183

Commonwealth v. Burks, Appellant.

Argued April 13, 1982. Robert X. Medonis, for

610

appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.